125 A.3d 738

IN THE MATTER OF VINCENT E. BEVACQUA, AN ATTORNEY
AT LAW (ATTORNEY NO. 001101990).

December 9, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–080, concluding that **VINCENT E. BEVACQUA** of **NEWARK,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of three months for violating *RPC* 4.1(a) (false statement of material fact to a third person) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And good cause appearing;

It is ORDERED that **VINCENT E. BEVACQUA** is suspended from the practice of law effective January 7, 2016 for a period of three months, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.